UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In Re:                                                    Case No. 18-50940

Justin David Bell & Connie Duncan Bell        Chapter 13

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE and to send payments to **CHAPTER 13 TRUSTEE EDKY, PO BOX 1766, MEMPHIS, TN 38101-1766** in the above referenced case was served, by mail, or electronically to the persons indicated below.

Dated: 11/7/2018

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330

PAYMENT ADDRESS:
PO BOX 1766
MEMPHIS TN 38101-1766
notices@ch13edky.com
859-233-1527

cc:

Justin David Bell & Connie Duncan Bell
103 Lola Drive #1
Cynthiana, KY 41031

CANUPP, BRIAN T., Atty for Debtor(s)
Served Via ECF

ALLERGY PARTNERS PA
ATTN: PAYROLL DEPARTMENT
1606 US HWY 27N
CYNTHIANA KY 41031-0000